UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable David F. Levi
Chief United States District Judge
Sacramento, California

                        RE:   Tiffany Ann MASSE
                                 Docket Number:  2:02CR00395-02
                                 PERMISSION TO TRAVEL
                                 OUTSIDE THE COUNTRY

Your Honor:

The releasee is requesting permission to travel to Hawaii.  She is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On May 8, 2003, the releasee was sentenced for the offense(s) of Conspiracy to Possess and Use Unauthorized Access Devices.

**Sentence imposed:**  5 months imprisonment; 3 year term of Supervised Release; $2,543.62 restitution (PAID); $100 special assessment (PAID)

**Dates and Mode of Travel:**  August 29, 2005, through September 5, 2005, via Hawaiian Airlines.

**Purpose:**  Pleasure and to attend National Narcotics Anonymous Convention

1

Rev. 03/2005
TRAVELOC.MRG

**RE:     Tiffany Ann MASSE**
    **Docket Number:   2:02CR00395-02**
    <u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>

                                Respectfully Submitted,

                                /s/ Dayna D. Ward

                            **DAYNA D. WARD**
                            **United States Probation Officer**

**DATED:**      June 8, 2005
            Roseville, California
            ddw:ddw/jc

**REVIEWED BY:**          /s/ Richard A. Ertola
                        **RICHARD A. ERTOLA**
                        **Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved _____X_____        Disapproved _____

_____6/9/2005_____        /s/ David F. Levi_____
**Date**                                        **DAVID F. LEVI**
                                        **Chief United States District Judge**